

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR ⌐
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*⌐
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*⌐
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◦
DANIEL J. FITZGERALD*†⌐
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
⌐ ALSO ADMITTED IN WASHINGTON, D.C.
◦ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2008



RECEIVED
JUL 24 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

July 24, 2008

OUR REF: 251-08/DPM/MAM

**BY HAND**
The Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

**MEMO ENDORSED**
p. 2

Re: American Steamship Owners Mutual P&I Assoc. Inc. v.
Ship & Shore Services, Ltd., et al. – 08 CV 4359 (RMB)

Dear Judge Berman:

We represent the plaintiff in the captioned matter and write to request that the conference scheduled for July 29, 2008 be adjourned *sine die*.

By way of background, Plaintiff initiated this action on May 8, 2008 seeking security, up to the amount of $446,445.38, for its maritime claims via an attachment of the Defendants' property in this District pursuant to Rule B. The requested Rule B attachment was granted by this Court on the same day, and the attachment order was served on various New York banks. To date, Plaintiff has successfully restrained the total sum of $284,239.81 of Defendants' property. Further, Plaintiff has provided prompt Notices of Attachment to Defendants. In fact, as Exhibits A and B annexed hereto demonstrate, Defendants are fully aware of the attachments and of the instant Rule B maritime action against them. Defendants, however, have failed to appear or to move to vacate the attachments. We are continuing our efforts to restrain funds of the Defendants to fully secure our client's claim.

In light of the foregoing, we therefore respectfully request that Your Honor grant the instant application. Alternatively, we request that the conference be adjourned 60 days.

NYDOCS1/309254.1

July 24, 2008
Page 2

      We thank the Court for its attention to this matter.

                              Very truly yours,

                              FREEHILL HOGAN & MAHAR, LLP

                              *Manuel A. Molina*
                              Manuel A. Molina

---

*[Handwritten note:]* We can discuss at the conference on 7/29/08 at 9:45 a.m.

**SO ORDERED:**
Date: 7/25/08
*/s/ Richard A. Berman*
Richard M. Berman, U.S.D.J.

---

NYDOCS1/309254.1

                FREEHILL, HOGAN & MAHAR LLP