UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION INC<br><br>Plaintiff,<br><br>-V-<br><br>SHIP & SHORE SERVICES LTD.; ORION SHIPPING & TRADING LTD.; MAJOR SHIPPING INC. a/k/a MAJOR NAVIGATION INC.; PHOENIX MARITIME CORP et al.,<br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br>08 CV 4359 (RMB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**8th day of August, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**8th day of May, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596 293 602 US**

J. Michael McMahon
CLERK

Dated: New York, NY

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR. △
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*●†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D C
● ALSO ADMITTED IN LOUISIANA

## LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N J 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

August 6, 2008

OUR REF: 251-08/DPM/MAM

**BY HAND**
Clerk of the Court
United States District Court
Southern District of New York
U. S. Courthouse
500 Pearl Street, Room 120
New York, NY 10007
Attn: Foreign Service Clerk

Re: American Steamship Owners Mutual P&I Assoc. Inc. v.
Ship & Shore Services Ltd., et al.,
SDNY: 08 CIV 4359 (RMB)

[Registered Mail receipt PS Form 3806, Registered No. RB596293602US, Reg. Fee $10.80, Return Receipt $2.20, Postage $3.60, dated 08/08/08. From: Freehill, Hogan + Mahar LLP, 80 Pine St 24th Fl, New York, NY 10005, 251-08 DPM/MAM. To: Ship & Shore Services Ltd./Arion Shipping, 287 Cricklewood Lane, London NW2 2JJ UK]

[Right side, partially obscured by receipt:]
...fied Complaint in the captioned action as well as
... 4(h)(2) and Rule 4(f)(2)(C)(ii) of the Federal
... of the enclosed documents to the defendant by
...ceipt Requested to the following address:

R SHIPPING INC.
MARITIME CORP.;
NE LTD., BVI;
S SHIPPING CORP.
E LTD.;
TIME LTD.;

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR ∆
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*∆
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*∆
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†∆
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
. ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, NJ 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

August 6, 2008

OUR REF: 251-08/DPM/MAM

**BY HAND**
Clerk of the Court
United States District Court
Southern District of New York
U. S. Courthouse
500 Pearl Street, Room 120
New York, NY 10007
Attn: Foreign Service Clerk

Re: American Steamship Owners Mutual P&I Assoc. Inc. v.
Ship & Shore Services Ltd., et al.,
SDNY: 08 CIV 4359 (RMB)



...fied Complaint in the captioned action as well as
...e 4(h)(2) and Rule 4(f)(2)(C)(ii) of the Federal
...of the enclosed documents to the defendant by
...ceipt Requested to the following address:

R SHIPPING INC.
MARITIME CORP.;
...NE LTD., BVI;
S SHIPPING CORP.
...E LTD.;
...TIME LTD.;